PROB 12C
(6/16)

Report Date: August 27, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Lee Hayes   Case Number: 0980 2:19CR00117-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Ann Aiken, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 8, 2013
Date of Revocation Sentence: February 7, 2019

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113 | |
| Original Sentence: | Prison - 71 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 6 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: June 20, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 19, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Mr. Hayes violated the terms of his supervised release by failing to make contact with the undersigned officer for the purposes of a field contact, on or about August 20, 2019.<br><br>On July 11, 2019, a supervision intake was completed in the Eastern District of Washington. The conditions of supervision were reviewed with Mr. Hayes.  He signed a copy of his judgment, indicating acknowledgment of the conditions imposed by the Court, to include standard condition number 13, noted above.<br><br>On August 19, 2019, while conducting field work, the undersigned officer attempted to make contact with Mr. Hayes at his residence.  Mr. Hayes was not home so he was contacted by phone.  He  indicted he had to work late, and that he was on his way to a job site.  The |

        undersigned officer stated a field contact would be conducted at the job site instead. Mr. Hayes was directed to text the undersigned officer his work location and he agreed. Mr. Hayes failed to do as instructed, then failed to respond to efforts made to contact him by phone that evening.

        Mr. Hayes reported to the U.S. Probation Office the next day. When questioned about his failure to respond to the undersigned officer the prior evening, Mr. Hayes indicated he threw his phone, breaking it, and had gone to his house to wait for the undersigned officer despite being directed to provide his work site location.

2        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        **Supporting Evidence**: Mr. Hayes violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about August 16, 20 and 22, 2019.

        On July 11, 2019, a supervision intake was completed in the Eastern District of Washington. The conditions of supervision were reviewed with Mr. Hayes. He signed a copy of his judgment, indicating acknowledgment of the conditions imposed by the Court, to include mandatory condition number 3, noted above.

        On August 20, 2019, Mr. Hayes reported to the U.S. Probation Office. He submitted to urinalysis testing as directed. Mr. Hayes denied use of illicit substances and the urine sample was sent to the laboratory for additional testing.

        On August 26, 2019, the lab report for the urine sample collected on August 20, 2019, was received and showed a positive presence for amphetamines. Mr. Hayes reported that same day as directed. He then admitted to consuming methamphetamine on or about August 16, and 22, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 27, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Hayes, Ryan Lee**
**August 27, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malony Peterson*

Signature of Judicial Officer

8/28/2019

Date