PROB 12C
(6/16)

Report Date: December 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Lee Hayes                Case Number: 0980 2:19CR00117-RMP-1

Address of Offender:                Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Ann Aiken, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 8, 2013

Original Offense:        Bank Robbery, 18 U.S.C. § 2113

Original Sentence:       Prison - 71 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 6 months
(February 7, 2019)       TSR - 27 months

Asst. U.S. Attorney:     James A. Goeke               Date Supervision Commenced: June 20, 2019

Defense Attorney:        Katherine Westerman          Date Supervision Expires: September 19, 2021

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to report to Pioneer Human Services for urinalysis testing on November 10, 2020.

On July 11, 2019, Mr. Hayes' conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the supervising officer that he must submit to substance abuse testing.

On November 10, 2020, the probation officer left the offender a voicemail asking him to contact the undersigned officer. Later that same day, Mr. Hayes sent a text message to the probation officer advising he did not have good cellular service, but would contact the probation officer in 1 hour. The probation officer responded to his text message with instructions to report to Pioneer Human Services on this same date to submit to urinalysis

Prob12C
Re: Hayes, Ryan Lee
December 15, 2020
Page 2

        testing. Mr. Hayes failed to report to Pioneer Human Services for urinalysis testing on November 10, 2020, as instructed.

2        **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about when you must report to the probation officer, and you must report to the probation officer as instructed.

        **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on November 30, December 8, and 11, 2020.

        On July 11, 2019, Mr. Hayes' conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, the supervising officer made him aware that he must report to the probation officer as instructed.

        Following the offender's failure to report for urinalysis testing on November 10, 2020, the probation officer made multiple attempts to contact him via telephone, text, and email.

        On November 24, 2020, the probation officer contacted Mr. Hayes' last known employer. His employer advised that Mr. Hayes had been working for him periodically and he agreed to inform the offender to contact the undersigned officer if he spoke to him. Later that same day, the probation officer received an email from Mr. Hayes stating that his phone was broken. He further indicated his new phone arrived in the mail and he would contact the undersigned via telephone. In response, the probation officer sent an email to Mr. Hayes instructing him to contact the undersigned on November 30, 2020, at 8 a.m. He failed to contact the probation officer as instructed.

        On December 2, 2020, a letter was mailed to the offender instructing him to contact the undersigned officer on December 8, 2020, at 9 a.m. Mr. Hayes failed to contact the probation officer as instructed.

        On December 10, 2020, the probation officer attempted to contact the offender at his last known residence located at 4703 North Cook Street, Spokane, Washington. The undersigned officer was unsuccessful in contacting Mr. Hayes, and a business card was left on the door instructing him to call the probation officer on December 11, 2020, at 8 a.m. The offender failed to contact the probation officer as instructed.

        Mr. Hayes has made no known efforts to contact the probation officer since November 24, 2020, and has failed to respond to this officer's attempts to contact him. At this time, his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 15, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Hayes, Ryan Lee
December 15, 2020
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

12/15/2020

Date