PROB 12C
(6/16)

Report Date: March 25, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ryan Lee Hayes                    Case Number: 0980 2:19CR00117-RMP-1

Address of Offender:                                Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer:  The Honorable Ann Aiken, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 8, 2013

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113 | |
| Original Sentence: | Prison - 71 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 7, 2019) | Prison - 6 months<br>TSR - 27 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: June 20, 2019 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: September 19, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/15/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #2**: You must submit to substance abuse testing to determine if you have used a prohibited substance. Such testing may include up to twelve (12) urinalysis tests per month. You must not attempt to obstruct or tamper with the testing methods.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to report to Pioneer Human Services for urinalysis testing on March 15, 2021. Further, he failed to provide urine specimens at Pioneer Human Services on March 16 and 17, 2021.<br><br>On July 11, 2019, Mr. Hayes' conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the supervising officer that he must submit to substance abuse testing. |

Prob12C
**Re: Hayes, Ryan Lee**
**March 25, 2021**
**Page 2**

On March 15, 2021, the probation officer instructed Mr. Hayes to report to Pioneer Human Services on this same date for urinalysis testing. Mr. Hayes failed to report to Pioneer Human Services, as directed. Mr. Hayes informed the probation officer that he failed to report for urinalysis testing because he was providing childcare for his girlfriend's son.

On March 16, 2021, the probation officer instructed Mr. Hayes to report to Pioneer Human Services on this same date for urinalysis testing. As directed, he reported to Pioneer Human Services on March 16, 2021; however, he failed to provide a urine specimen. According to Pioneer Human Services staff, the offender refused to be observed for the collection of a urine sample and proceeded to exit the building to call the undersigned officer. When he returned, he was advised that a urine specimen could not be collected because he left the facility. According to Pioneer Human Services staff, there are signs posted on the door and walls of the facility that inform clients of this protocol. Mr. Hayes advised the undersigned he was willing to submit a urine specimen and was unaware of the urine collection protocol.

On March 17, 2021, the probation officer instructed Mr. Hayes to report to Pioneer Human Services on this same date for urinalysis testing. The offender reported to Pioneer Human Services on March 17, 2021, and proceeded to cuss at staff. He also became verbally aggressive when he entered the restroom for the urine collection. Based on his disrespectful and aggressive behavior, he was told that a urine specimen would not be collected and he was asked to leave. He was also advised that he would need to speak to a supervisor before being allowed to submit any further urine specimens at their facility. Mr. Hayes informed the probation officer he got angry because he was asked to lift up his shirt and he felt disrespected by staff. It should be noted, he later apologized to Pioneer Human Services staff for his behavior.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 25, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Hayes, Ryan Lee
March 25, 2021
Page 3

THE COURT ORDERS

[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.

*Rosanna Malouf Peterson*
Signature of Judicial Officer

3/26/2021
Date